UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELIZABETH LOWE,

    Plaintiff,

v.                                Case No. 8:21-cv-2320-TPB-JSS

NEWQUEST, LLC and CIGNA
CORPORATION,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Julie S. Sneed, United States Magistrate Judge, entered on May 11, 2022. (Doc. 19). Judge Sneed recommends the "Joint Motion to Approve FLSA Settlement and to Dismiss this Action with Prejudice" (Doc. 14) be granted. No objection to the report and recommendation was filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sneed's report and recommendation, in conjunction with an independent examination of the file, the Court adopts the report and recommendation in all respects. The Court agrees with Judge Sneed's detailed and well-reasoned factual findings and legal conclusions.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

1. The report and recommendation (Doc. 19) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

2. The "Joint Motion to Approve FLSA Settlement and to Dismiss this Action with Prejudice" (Doc. 14) is **GRANTED IN PART** and **DENIED IN PART** to the extent stated in the report and recommendation.

3. The Settlement Agreement and Release (Doc. 14-1) is **APPROVED**, with the exception of the general release (section 5(a)), individual remedies release (section 5(c)), class action waiver (section 5(d)), and non-disparagement clause (section 6(i)).

4. The general release, individual remedies release, class action waiver, and non-disparagement clause of the Settlement Agreement are **STRICKEN**.

5. Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

6. The Clerk is directed to terminate any pending motions and deadlines, and

thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 27th day of May, 2022.

_____
**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**